**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7938

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

LA BARBRA JONES,

                 Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge. (3:10-cr-00085-JRS-2)

Submitted: March 8, 2013            Decided: April 3, 2013

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

La Barbra Jones, Appellant Pro Se.   Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Barbra Jones appeals the district court's order denying her motion to amend her sentencing and restitution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 3:10-cr-00085-JRS-2 (E.D. Va. Oct. 22, 2012). We deny Jones' motion to reconsider our earlier order denying her motion for bail or release pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED